[Cite as *Ohio Records Analysis v. Ohio Dept. of Admin. Servs.*, 2022-Ohio-964.]

| | |
|---|---|
| OHIO RECORDS ANALYSIS | Case No. 2021-00385PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES | |
| Respondent | |

{¶1} On January 12, 2022, a Special Master issued a Report and Recommendation (R&R) in this public-records case. The Special Master "recommends the court find that requester has not shown by clear and convincing evidence that respondent's denial violated R.C. 149.43(B) [and recommends] that costs be assessed to requester." (R&R, 7.)

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of January 12, 2022. The Court adopts the Report and Recommendation. The Court finds that Requester has not shown by clear and convincing evidence that Respondent violated R.C. 149.43(B).

Case No. 2021-00385PQ          -2-               JUDGMENT ENTRY


Court costs are assessed to Requester.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____
PATRICK E. SHEERAN
Judge


**Filed February 9, 2022**
**Sent to S.C. Reporter 3/25/22**